IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP 2 8 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MUHAMMED RAHIM,                         )
                                        )
            Petitioner,                 )
                                        )
      v.                                )     Civil Action No. 09-1385 (PLF)
                                        )
BARACK OBAMA,                           )
President of the United States, *et al.,* )
                                        )
            Respondents.                )
_____)

## [PROPOSED] ORDER

The Court, having fully considered Respondents' Unopposed Motion for Extension of
Time to File Factual Return, filed September 24, 2009, hereby **ORDERS** that the Motion be
**GRANTED**.

Respondents shall have through and including Monday, November 9, 2009 to file a
factual return for Petitioner Muhammed Rahim (ISN 10029).

IT IS SO **ORDERED**, this 25¹ day of _September_, 2009.

Paul L. Friedman
United States District Judge